# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANTHONY JAMES COLLIER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2496

[December 21, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312018CF000687A.

Antony P. Ryan, Regional Counsel and Richard G. Bartmon, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, and Anthony Collier, South Bay, pro se, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***